■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELENA ALIREX, Appellant, et al., Defendant.—Order of the Supreme Court, Bronx County, entered September 18, 1979, which denied the motion of the surety to vacate a forfeiture of bail on December 27, 1978, unanimously reversed, in the exercise of discretion, and, without costs or disbursements, and the motion of the surety to vacate the forfeiture is granted. In the circumstances presented we are of the opinion that the forfeiture of $2,500 cash bail furnished by the surety (the defendant's mother) was unduly harsh. There was no showing that the People were prejudiced in any way inasmuch as the defendant was arrested and charged with another crime on December 28, 1978, the day following his failure to appear before Justice Kapelman. Concur—Birns, J. P., Sandler, Sullivan, Bloom and Carro, JJ.

■ MARINE MIDLAND BANK, Appellant, v JOHN A. SEVERSON, Respondent.—Order, Supreme Court, New York County, entered on June 20, 1979, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Plaintiff-appellant's motion for leave to supplement the appendix and to amend the preargument statement is denied. No opinion. Concur—Sandler, J. P., Sullivan, Bloom, Silverman and Ross, JJ.

■ CLARENCE RAINESS & Co. et al., Appellants, v STANLEY WEISS, Respondent.—Order and judgment (one paper), Supreme Court, New York County, entered on October 4, 1979, unanimously affirmed. Respondent shall recover of appellants $50 costs and disbursements of this appeal. The appeal from the order entered September 14, 1979 is dismissed as said order is subsumed in the order and judgment (one paper) appealed from, and appeal from the order entered November 26, is dismissed as said order is nonappealable, without costs and without disbursements. No opinion. Concur—Sandler, J. P., Ross, Silverman and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE THOMAS, Appellant.—Judgment, Supreme Court, Bronx County, rendered on July 27, 1978, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). Concur—Sullivan, Markewich and Lupiano, JJ.

Birns, J. P., and Fein, J., concur on constraint of *People v Johnson* (72 AD2d 689), as to jury waiver. No opinion.